IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03136-MEH

VALERIE MOLANO,

    Plaintiff,

v.

DOWNTOWN'S HEALTH CARE, LLC, d/b/a Regen Revolution, LLC,

    Defendant.

---

## ORDER
---

**Michael E. Hegarty, Chief United States Magistrate Judge.**

    The Parties have filed a "Stipulation of Dismissal with Prejudice." ECF 20. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Stipulation is self-effectuating, and the claims between the Parties were dismissed with prejudice as of the filing of the Stipulation.

    The Clerk of Court shall **close** this case.

    Dated and entered at Denver, Colorado, this 10th day of October 2024.

                                    BY THE COURT:

                                    *Michael E. Hegarty*

                                    Michael E. Hegarty
                                    Chief United States Magistrate Judge